*Designated for electronic publication only*

# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 17-0021

MARK C. JACKSON,                                          APPELLANT,

V.

DAVID J. SHULKIN, M.D.,
SECRETARY OF VETERANS AFFAIRS,                           APPELLEE.


Before DAVIS, *Chief Judge*, and SCHOELEN, PIETSCH, BARTLEY, GREENBERG, ALLEN, MEREDITH, and TOTH, *Judges*.

## O R D E R

*Note: Pursuant to U.S. Vet. App. R. 30(a),
this action may not be cited as precedent.*

On November 17, 2017, the Court granted a motion for panel decision and ordered that the single-judge decision remain the decision of the Court. On November 20, 2017, the appellant filed a motion for full-Court review.

"Motions for full-Court review are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court's decisions or to resolve a question of exceptional importance." U.S. VET. APP. R. 35(c). In this matter, the appellant has not shown that either basis exists to warrant full-Court review.

Upon consideration of the foregoing, it is

ORDERED that the motion for full-Court review is denied.

DATED: December 19, 2017                          PER CURIAM.

Copies to:

Mark C. Jackson

VA General Counsel (027)